# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER TOWERS,

    Plaintiff,

v.

COUNTY OF SAN JOAQUIN,

    Defendant.

No. 2:17-cv-02597-JAM-KJN (PS)

ORDER

On January 10, 2018, Plaintiff Roger Towers, who is proceeding without counsel in this action, moved for partial summary judgment.[1] (ECF No. 6.) According to plaintiff's certificate of service, defendant County of San Joaquin was served with a copy of the complaint on January 9, 2018. (See ECF No. 5.) Therefore, defendant's time to respond to the complaint has not yet elapsed. See Fed. R. Civ. P. 12.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for partial summary judgement (ECF No. 6.) is DENIED without prejudice as premature.

////

////

---

[1] This action proceeds before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

2. The February 8, 2018 hearing, set before the undersigned, is vacated.

IT IS SO ORDERED.

Dated:  January 16, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE