UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TOWERS, | No. 2:17-cv-02597-JAM-KJN (PS) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

On January 19, 2018, Plaintiff Roger Towers, who is proceeding without counsel in this action, moved to annul this court's January 16, 2018 order (ECF No. 7) regarding plaintiff's motion for partial summary judgement. (ECF No. 8.) This motion to annul is essentially a motion for reconsideration.

Upon requesting reconsideration of a prior order, a party must show, *inter alia*, "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion." E.D. Cal. L.R. 230(j). Here, defendant's motion does not set forth any new facts or newly-discovered evidence, or an intervening change of law. Therefore, there is no basis for the court to reconsider its prior order.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to annul order (ECF No. 8.) is DENIED.

IT IS SO ORDERED.

Dated: January 23, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/ps.17-2597.towers.order reconsideration