UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN JOAQUIN,<br><br>　　　　Defendant. | CASE NO: 2:17-cv-02597-JAM-KJN (PS) |
| ROGER TOWERS, et al.,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>J. MARK MYLES, et al.,<br><br>　　　　Defendants. | CASE NO: 2:18-cv-02996-TLN-EFB (PS)<br><br>ORDER |

Review of the above-captioned actions reveals they are related under this Court's Local Rule 123. Both actions involve the same or similar parties, property, claims, events, and questions of fact and law. Therefore, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties.

1

An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge; it does not consolidate the matters.

Accordingly, IT IS HEREBY ORDERED that the above-captioned actions are reassigned to U.S. District Judge John A. Mendez and U.S. Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: November 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2